# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:15cr28-MW/GRJ-2

**SHAKAYLA NICOLE TAYLOR,**

   **Defendant-Petitioner,**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 162. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 135. is **DENIED**. A Certificate of Appealabilty is **DENIED**." The Clerk shall close the file.

**SO ORDERED on August 2, 2018.**

                                            **s/Mark E. Walker**
                                            **Chief United States District Judge**